1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| ALBERT RAMZY, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. EDCV12-01784 PA (VBKx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 17, 2012<br><br>District Judge:　Hon. Percy Anderson<br>Dept:　　　　　15<br><br>Magistrate:　　Hon. Victor B. Kenton<br>Dept:　　　　　590<br>Trial Date:　　　Not Set |

1  Having considered the Stipulation of Dismissal of Entire Action With Prejudice
2  by and between the parties, the Court hereby orders this entire action to be dismissed
3  with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each
4  party shall bear their own attorneys' fees and costs.

6  IT IS SO ORDERED.

9  Dated: March 25, 2013            _____
                                     Hon. Percy Anderson
                                     United States District Judge